UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>    v.<br>GUSTAVO VILLA-GARCIA,<br><br>                        Defendants. | Case No. 2:16-cr-00006-JCM-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #16) |
|---|---|

This matter is before the court on Defendant Gustavo Villa-Garcia's Substitution of Attorney (Dkt. #16) filed January 21, 2016. Xavier Gonzales seeks leave to be substituted in the place and stead of William Carrico, Federal Public Defender for Defendant Gustavo Villa-Garcia. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #16) is **APPROVED**.
2. Xavier Gonzales is substituted in the place of William Carrico, FPD, for Defendant Gustavo Villa-Garcia, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 29th day of January, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE