DANIEL G. BOGDEN
United States Attorney
District of Nevada
KATHRYN C. NEWMAN
Assistant United States Attorney
Nevada Bar 13733
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada  89101
P:  (702) 388-6336 / F:  (702) 388-5087
kathryn.newman@usdoj.gov

Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00006-JCM-PAL |
| Plaintiff, | <u>MOTION FOR ORDER OF DISMISSAL</u> |
| v. | |
| GUSTAVO VILLA GARCIA, | |
| Defendant. | |

The Government hereby moves to dismiss the Indictment against GUSTAVO VILLA GARCIA filed on January 13, 2016, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, seeks leave of the Court for such dismissal.

DATED this 7th day of July 2016.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Kathryn C. Newman*
    KATHRYN C. NEWMAN
    Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED July 8, 2016.

_____
UNITED STATES DISTRICT JUDGE