XAVIER GONZALES, ESQ.
Nevada Bar No.: 1862
528 S. Casino Center Blvd
Las Vegas, NV 89101
(702)388-8182
secretaryf@xglex.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUSTAVO VILLA GARCIA<br><br>Defendants, | Case No.:<br>2:16-cr-00006-JCM-PAL-1<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ORDER OF DISMISSAL**<br>**FRCP 6(b)(1)(A)** |

Comes now, RICARDO BRAVO-BRAVO, by and through his Attorney, XAVIER GONZALES, ESQ. hereby files a MOTION FOR ENLARGEMENT OF TIME to file it's Reply to the Government's Response to Defendant's Motion For Order Of Dismissal, filed with the Court on August 8th 2016. Defendant's response to the Government's filing is due one or before August 14th 2016.

This motion is made and based upon Federal Rule of Civil Procedure FRCP 6, no previous request for an extension has been requested.

Respectfully submitted this 13th of Augsut, 2016.

By: /s/ Xavier Gonzales, Esq.
XAVIER GONZALES, ESQ.
*Attorney for Defendant*

In support of the instant Motion, the Plaintiff submits the following:

1. The Government's Response to Defendant's Motion For Order of Dismissal was filed with the Court on August 8th 2016.

2. On August 8th 2016, the legal staff for undersigned Counsel contacted Kathryn Newman, Counsel for the Government, advising her that we had received their response to the Motion For Order of Dismissal, and further notified that undersigned Counsel was out of the jurisdiction. Since the issues in the matter are significantly complex and require a thorough review of the facts and law, that additional time is being requested for thorough review upon undersigned Counsels return.

3. I advised of the need for one (1) additional week to respond to the Government's Response to Defendant's Motion For Order of Dismissal. Defendant's response is currently due on or before August 14th 2016.

4. Kathryn Newman, Assistant United States Attorney, stated on August 8th 2016 that she had not objection to Plaintiff's Motion for an Enlargement of Time of one week.

Therefore, it is hereby requested an additional week from today's date, preferably on or before August 22nd 2016, to file a reply. This Motion is made in good faith and not for the purposes of delay, and it is believed neither party is prejudiced by the instant request for enlargement of time.

Respectfully submitted this 13th day of August, 2016.

IT IS SO ORDERED this 19th
day of August, 2016.

By: /s/ Xavier Gonzales, Esq.
XAVIER GONZALES, ESQ.
*Attorney for Defendant*

Peggy A. Leen
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of XAVIER GONZALES, ESQ., and that I served the foregoing **MOTION FOR ENLARGMENT OF TIME** by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order, this 13th of August to the following party:

DANIEL G. BOGDEN
United States Attorney District of Nevada
KATHRYN C. NEWMAN
Assistant United States Attorney
Nevada Bar 13733
501 Las Vegas Boulevard South, Suite 11000
Las Vegas, Nevada  89101
P: (702) 388-6336/F: (702) 388-5087
kathryn.newman@usdoj.gov
*Counsel for Plaintiff United States*

By:     /s/ Liliana Mier
        An Employee of XAVIER GONZALES, ESQ.

3